**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, MARK REYNOLDS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-cr-00081-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| v. | |
| MARK MERRILL REYNOLDS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for October 2, 2017, at 1:00 p.m. be continued to **December 4, 2017, at 1:00 p.m.** before the Honorable Sheila K. Oberto.

The need for a continuance is based upon defense counsel's congested calendar and intense case preparation during the next three months.

This request by defense counsel has been relayed to the Government by Assistant U.S. Attorney Mark McKeon, who has no objection.

The parties stipulate and agree that time can be excluded from October 2, 2017, to, and including, December 4, 2017, based

1

upon counsel's need to adequately represent his client, and that the ends of justice outweigh the public's and defendant's interest in a speedy status conference.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  September 18, 2017.    Respectfully submitted,

                                        NUTTALL COLEMAN & DRANDELL


                                        By /s/ ROGER T. NUTTALL
                                           ROGER T. NUTTALL
                                           Attorneys for Defendant,
                                           MARK REYNOLDS

Dated:  September 18, 2017.    PHILLIP A. TALBERT
                                        Acting United States Attorney



                                        By   /s/ MARK J. McKEON
                                             MARK J. McKEON
                                             Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Status Conference currently scheduled on October 2, 2017, at 1:00 p.m., is continued to **December 4**, **2017, at 1:00 p.m.**  Trial remains as set for May 8, 2018 before Chief District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **September 19, 2017**              /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE