# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:16-cr-00081-LJO-SKO |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL |
| v. | (Doc. 20) |
| MARK REYNOLDS, | |
| Defendant. | |

This matter was indicted on June 2, 2016. The trial setting conference took place in January 2017. The trial was set some 17 months out for May 8, 2018, at the concurrence of all counsel. The busy calendar of counsel in other cases is not good cause to tamper with the current trial date. The motion to continue trial is DENIED.

IT IS SO ORDERED.

   Dated: **January 30, 2018**     /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE