# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:16-CR-00081-LJO-SKO-1** |
| **Plaintiff,** | **ORDER ON MOTIONS IN LIMINE**<br>**(ECF Nos. 29, 30, 31)** |
| **v.** | |
| **MARK MERRILL REYNOLDS,** | |
| **Defendant.** | |

The Court has received and reviewed the motions in limine that address whether:

1. There were any victims;

2. There was any loss; and

3. There is relevance to repayment of funds after the discovery of embezzlement.

In order: yes, yes and no.

The time the alleged crimes were completed is the correct time to make the determinations on issues one and two, not at the time of trial.

As a result of the findings and rulings on one and two, the repayment of funds is wholly

irrelevant.

The Defense motion to exclude the use of the word "victim/s" is DENIED.

The Government's motion to preclude evidence of repaid funds is GRANTED. While that information would be relevant at the time of sentencing should there be a conviction, it is not relevant to prove or to defend the alleged crimes.

IT IS SO ORDERED.

Dated: **March 29, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE