# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK MERRILL REYNOLDS,<br><br>    Defendant. | 1:16-CR-00081-LJO-SKO-1<br><br>**ORDER ON MOTION FOR RECONSIDERATION OF RULING ON MOTIONS IN LIMINE**<br>**(ECF Nos. 34, 35, 36)** |

    The Court has considered Defendant's motion for reconsideration (ECF No. 34) of the Court's Order on the motions in limine (ECF No. 32), the Government's opposition (ECF No. 35), and Defendant's reply (ECF No. 36.) Defendant's motion for reconsideration focuses on the definitions of "loss" or "harm" as set forth in the sentencing guidelines and argues that Defendant neither intended to cause nor caused a loss to any Ben-E-Lect client. However, the issue of loss does not change the elements of the charged crimes nor the time the alleged crimes were completed, although loss would be relevant at the time of sentencing should there be a conviction. Defendant further argues that the time period for repayment evidence has been arbitrarily limited to the time prior to discovery by the

1

authorities of the crime and the issue of repayment after detection bears on his original intent for the scheme. (ECF No. 36.) However, intent to repay is not a defense to the charged crimes and correspondingly the time period of such repayment is also irrelevant. As independent research and this Court's Order on the motions in limine indicates, the time the alleged crimes were completed is the correct time to make the determinations as to the issues presented in the motions in limine and therefore the Court confirms its original ruling (ECF No. 32.) A future repayment does not negate the intent at the time the alleged crime was completed. Defendant has not offered any authority for why such repayment is relevant prior to sentencing should there be a conviction. Accordingly, the Court DENIES Defendant's motion for reconsideration (ECF No. 34) of the Court's Order on the motions in limine.

IT IS SO ORDERED.

    Dated: **April 4, 2018**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE