1 | **ROGER T. NUTTALL #42500**
2 | **NUTTALL COLEMAN & DRANDELL**
  | 2333 MERCED STREET
3 | FRESNO, CA 93721
  | PHONE (559) 233-2900
4 | FAX (559) 485-3852

5 | Attorneys for Defendant, MARK REYNOLDS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. 16-CR-00081-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER** |
| v. | |
| MARK REYNOLDS, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 20, 2018, at 10:45 a.m. be continued to **September 24, 2018, at 10:00 a.m.** before the Honorable Lawrence J. O'Neill.

**IT IS ALSO STIPULATED** by and between the parties herein that the parties' informal objections to the Presentence report shall become due on **August 27, 2018,** and the parties' formal objections shall become due on **September 10, 2018.**

The need for a continuance is based upon defense counsel's (Roger T. Nuttall) need for additional time in which to fully prepare for the Sentencing Hearing, as particularly related to the loss/restitution issues respecting Defendant, MARK REYNOLDS. Both defense counsel are also currently engaged in an intense

1

federal criminal trial which is scheduled to end in mid-July. Counsel also has a pre-planned family vacation commencing in late July and ending on August 10, 2018. As such, counsel is unable to be fully prepared for the Sentencing Hearing in this matter, as currently scheduled.

This request by defense counsel has been relayed to the Government by Assistant U.S. Attorney Mark McKeon, who has no objection.

The parties stipulate and agree that time can be excluded from August 20, 2018, to, and including, September 24, 2018, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendants' interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: June 28, 2018.          Respectfully submitted,

                               NUTTALL COLEMAN & DRANDELL


                               By /s/ ROGER T. NUTTALL
                                   ROGER T. NUTTALL
                                   Attorneys for Defendant,
                                   MARK REYNOLDS


Dated: June 28, 2018.          Respectfully submitted,


                               /s/ W. SCOTT QUINLAN
                                   W. SCOTT QUINLAN
                                   Attorney for Defendant,
                                   MARK REYNOLDS

Dated: June 28, 2018.   PHILLIP A. TALBERT
United States Attorney


By /s/ MARK McKEON
   MARK McKEON
   Assistant U.S. Attorney


**ORDER**

Good cause appearing therefor,

The Sentencing Hearing currently scheduled on August 20, 2018, at 10:45 a.m., is continued to **September 24, 2018, at 10:00 a.m.** and the above-noted briefing schedule be followed.

**No further continuances will be entertained.**

IT IS SO ORDERED.

Dated: **June 28, 2018**            /s/ Lawrence J. O'Neill
                        UNITED STATES CHIEF DISTRICT JUDGE