1  **ROGER T. NUTTALL #42500**
   **NUTTALL COLEMAN & DRANDELL**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  Attorneys for Defendant, MARK REYNOLDS

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, | No. 16-CR-00081-LJO-SKO |
11 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER** |
12 | v. | |
13 | MARK REYNOLDS, | |
14 | Defendant. | |

15

16  **IT IS HEREBY STIPULATED** by and between the parties hereto
17 that the Sentencing Hearing currently scheduled for September 24,
18 2018, at 10:00 a.m. be continued to **October 22, 2018, at 10:00**
19 **a.m.** before the Honorable Lawrence J. O'Neill.

20  **IT IS ALSO STIPULATED** by and between the parties herein that
21 the parties' formal objections/sentencing Memo to the Presentence
22 report shall become due on **September 14, 2018.**

23  The need for a continuance is based upon defense counsel's
24 (W. Scott Quinlan) need for additional time in which to fully
25 prepare the formal objections/sentencing memo as he will be out
26 of the office from September 1 through September 10, 2018.
27 September 10, 2018, had been the date scheduled for the formal
28 objections/sentencing memo to be filed with the court.  As such,

1

counsel is unable to be fully prepared for the Sentencing Hearing in this matter, as currently scheduled.

This request by defense counsel has been relayed to the Government by Assistant U.S. Attorney Mark McKeon, who has no objection.

The parties stipulate and agree that time can be excluded from September 24, 2018, to, and including, October 22, 2018, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendants' interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: August 30, 2018.    Respectfully submitted,

NUTTALL COLEMAN & DRANDELL


By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    MARK REYNOLDS


Dated: August 30, 2018.    Respectfully submitted,


/s/ W. SCOTT QUINLAN
    W. SCOTT QUINLAN
    Attorney for Defendant,
    MARK REYNOLDS

///

///

///

Dated: August 30, 2018.                PHILLIP A. TALBERT
                                       United States Attorney


                                       By /s/ MARK McKEON
                                          MARK McKEON
                                          Assistant U.S. Attorney


## ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on September 24, 2018, at 10:00 a.m., is continued to **October 22, 2018, at 10:00 a.m.** and the above-noted briefing schedule be followed.

IT IS SO ORDERED.

Dated:  **August 30, 2018**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE