**ROGER T. NUTTALL  #42500**
**NUTTALL AND COLEMAN**
2333 Merced Street
Fresno, Ca 93721
PHONE: (559) 233-2900
FAX: (559) 485-3852

**W. SCOTT QUINLAN, 101269**
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
PHONE: (559) 442-0634
FAX: (559) 233-6947

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK REYNOLDS,<br><br>Defendant. | No.  1:16-CR-00081 LJO-SKO<br><br>**ORDER SEALING THE DECLARATION OF W. SCOTT QUINLAN AND THE ATTACHMENTS IN SUPPORT OF DEFENDANT'S FORMAL OBJECTIONS TO THE PRESENTENCE REPORT** |

**ORDER**

**Good Cause Appearing**:

**IT IS HEREBY ORDERED** that the Declaration of W. Scott Quinlan in Support of Defendant's Formal Objections to the Presentence Report and its attachments are to be filed under seal.

**IT IS SO ORDERED**

Dated: September 18, 2018                                     /s/ Lawrence J. O'Neill
                                                                          Honorable Lawrence J. O'Neill
                                                                          United States District Court Judge

1