MCGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
KURT A. DIDIER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARK MERRILL REYNOLDS,<br><br>　　　　　　　　　Defendant. | Case No.: 1:16-CR-00081-LJO-SKO<br><br>**STIPULATION RE PAYMENT OF CRIMINAL MONETARY PENALTIES; AND ORDER THEREON** |

Plaintiff United States and defendant Mark Merrill Reynolds (the Parties) stipulate to Defendant's payment of the criminal monetary penalties imposed against him in this case based on the following grounds:

　　　　1.　　The Court sentenced Defendant on October 22, 2018. ECF No. 61. The Judgment and Commitment ordered him to pay a $100 special assessment and a $221,000 fine. ECF No. 63, filed October 26, 2018.

　　　　2.　　In their Plea Agreement filed May 3, 2018, the Parties agreed Defendant will pay a $100 special assessment and a $220,971.11 criminal fine. ECF No. 42. Defendant further agreed that the Court can order payment of the fine to the United States District Court clerk of court from the monies contained in four bank accounts seized earlier in the case (the Bank Accounts). *Id*. The Bank Accounts total $220,971.11, meaning Defendant owes $28.89 towards the fine and $100 for the assessment. Defendant agrees to pay the clerk of court $128.89 as provided below.

STIPULATION RE
PAYMENT; ORDER　　　　　　　　　1

3. The Bank Accounts were seized on or about May 15, 2014, following the Tulare County Superior Court's issuance of an order upon the California Department of Insurance's seizure warrant. The seizure order affects accounts at the Bank of the West and Bank of America in the approximate amounts and as described as follows:

    A. $182,611.57 held in Bank of the West account *8437 in the name of Ben-E-Lect;

    B. $4,762.82 held in Bank of the West account *6142 in the name of Ben-E-Lect;

    C. $18,690.28 held in Bank of America account *8768 in the name of Ben-E-Lect; and

    D. $14,906.44 held in Bank of America account *0650 in the names of Mark M. Reynolds and M.R.

4. The seizure order also affects safe deposit box No. 305 at the Bank of America.

5. The California Department of Insurance subsequently referred its investigation to the Federal Bureau of Investigation, which resulted in this prosecution and judgment.

6. Both Bank of the West and Bank of America confirm they are holding the Bank Accounts identified above. The Parties agree, based upon their Plea Agreement and this stipulation, that the Court can and should order the Bank of the West and Bank of America to liquidate and pay the Bank Accounts balances to the clerk of court as stated more specifically in the accompanying order. Further, that Defendant shall pay $128.89 to the clerk of court also as stated in the accompanying order.

7. The safe deposit box contents do not have any monetary value, are not necessary to implementation of the Plea Agreement or satisfaction of the judgment and, accordingly, the United States does not object to the release of Bank of America deposit box No. 305 back to its account holder.

Respectfully submitted,

FOR THE UNITED STATES:    MCGREGOR W. SCOTT
United States Attorney

Dated: October 31, 2018    By:    */s/ Mark J. McKeon*
MARK J. MCKEON
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT MARK MERRILL REYNOLDS:

Dated: ____11-14___, 2018                By:    */s/ Mark Merrill Reynolds*
                                                MARK MERRILL REYNOLDS
                                                Defendant, individually and on behalf of
                                                BEN-E-LECT

Dated: ____11-14___, 2018                By:    */s/ Marilyn Reynolds*
                                                MARILYN REYNOLDS


APPROVED AS TO FORM AND CONTENT:         ROGER TAYLOR NUTTALL

Dated: _____11-14__, 2018                By:    */s/ Roger Taylor Nuttall*
                                                ROGER TAYLOR NUTTALL
                                                Attorney for defendant MARK M. REYNOLDS
                                                individually, and on behalf of BEN-E-LECT

STIPULATION RE
PAYMENT; ORDER                           3

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Payment of Criminal Monetary Penalties (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Within fifteen days from the date this order is filed, Bank of the West shall liquidate the accounts ending in *8437 and *6142, held under the name Ben-E-lect, and pay to the clerk of court the total sum of $187,375.39.

2. Within fifteen days from the date this order is filed, Bank of America shall liquidate the accounts ending in *8768 and *0650, held under the names Ben-E-Lect, and Mark M. Reynolds and M.R., respectively, and pay to the clerk of court the total sum of $33,596.72.

3. Within fifteen days from the date this order is filed, defendant Mark M. Reynolds shall pay the clerk of court $128.89.

4. Bank of the West, Bank of America, and Defendant (the Payers) shall make their checks payable to the "Clerk of Court," and state on the checks "1:16-CR-00081-LJO-SKO." The Payers shall mail or deliver their payment to the Office of the Clerk, United States District Court, Eastern District of California, 2500 Tulare Street, Room 1501 Fresno, CA 93721. If delivered by mail, the Payers shall include a self-addressed, stamped envelope with the payment if they desire a payment receipt.

5. Upon receipt, the clerk of court shall apply the payments to the criminal monetary penalties ordered in the Judgment and Commitment, in accordance with the Schedule of Payments stated therein.

IT IS SO ORDERED.

Dated: **November 16, 2018**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE